IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONNA B. RAY,

    Appellant,

v.

Case No. 18-cv-821-bbc
Bankruptcy Case No. 17-102-cjf

EDUCATION CREDIT
MANAGEMENT CORPORATION,

    Appellee.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this bankruptcy appeal.

| /s/ | 4/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |